IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| WYMAN FRALEY, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | CIVIL ACTION NO.  1:05CV006-VPM |
| ) | [WO] |
| CINCINNATI INSURANCE ) | |
| COMPANY, a corporation, ) | |
| ) | |
| Defendant. ) | |

**ORDER ON MOTION**

On 17 July 2006, the defendant filed a Motion to Compel discovery responses (Doc. # 50).  The defendant contends, inter alia, that it propounded interrogatories and requests for production of documents to the plaintiffs on 26 May 2006, resulting in a response date of 26 June 2006.  However, pursuant to the Amended Scheduling Order entered in this case on 15 February 2006 (Doc. # 33), the parties' deadline for discovery was 16 June 2006  -  10 days before the responses were due.   Accordingly, it is

ORDERED that the motion is DENIED.  The court's Guidelines to Civil Discovery explicitly provide as follows:

> The court ordinarily sets a discovery cut-off in its Rule 16 scheduling order.  Normally the cut-off date for discovery precedes the pretrial conference, which is usually some four to six weeks prior to the trial date.  Lawyers are reminded that discovery requests should be served more than 30 days prior to the cut-off date.  Untimely discovery requests are subject to objection on that basis.

Although the court retains the discretion to consider and/or grant the defendant's motion, in this case especially, the circumstances do not warrant such consideration. This lawsuit was initiated in January 2005, and the parties are essentially in the midst of the second "scheduling" of pretrial proceedings. The first scheduling order, entered on 30 August 2005, set a discovery deadline on 28 February 2006 (Doc. # 27). Thus, for an entire year, the parties had a reasonable expectation of completing discovery several months ago. Because circumstances suggest that the defendants did not use the additional time prudently, the motion is denied.

DONE this 19th day of July, 2006.

/s/ Vanzetta Penn McPherson
VANZETTA PENN MCPHERSON
UNITED STATES MAGISTRATE JUDGE