IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| WYMAN FRALEY, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO.  1:05CV006-VPM |
| | ) | [WO] |
| CINCINNATI INSURANCE | ) | |
| COMPANY, a corporation, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

The court has been advised by counsel for the defendants that the parties have settled their dispute.  Therefore, it is

ORDERED that the parties are DIRECTED to file a joint stipulation of dismissal on or before 7 November 2006.  It is further

ORDERED that the pretrial conference set for 20 October 2006 is CANCELLED.

DONE this 19th day of October, 2006.


/s/ Vanzetta Penn McPherson
VANZETTA PENN MCPHERSON
UNITED STATES MAGISTRATE JUDGE